**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OKS GROUP, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>AXTRIA INC,<br><br>                    Defendant. | Civil Action No. 15-1922 (SDW) (LDW)<br><br><br>**ORDER**<br><br><br>January // , 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on December 15. 2015 by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), recommending that defendant Axtria, Inc.'s ("Defendant") Motion to Dismiss on the basis *forum non conveniens* (Dkt. No. 21) be denied. Defendant did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 40) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                  s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Magistrate Judge Wettre